

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00153-CV

Monica Garcia and Francisco Garcia
v.
Abassador Realty Group, Nelda Gomez Barrera, Realtor, and Reynaldo Ortiz, Broker

On Appeal from the
County Court at Law No. 7 of Hidalgo County, Texas
Trial Cause No. CL-15-1799-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 19, 2019